1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANIS PEDERIS BRIEDIS, JIL LISA PETERSON-BRIEDIS, and SAMBODHA, INC., a Washington corporation,<br><br>       Plaintiffs,<br><br>      v.<br><br>ROBERT J. SCOFIELD aka BE SCOFIELD,<br><br>      Defendant. | No. C19-01494 RAJ<br><br>**STIPULATED MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)**<br><br>NOTE ON MOTION CALENDAR: October 16, 2019 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Janis Pederis Briedis, Jil Lisa

Peterson-Briedis, Sambodha, Inc. and defendant Be Scofield move the Court to enter an order

allowing the plaintiffs to dismiss this action without prejudice.  Defendant Scofield filed her

Answer on September 25, 2019 and asserted no counterclaims. Dkt. # 10.

A proposed order of voluntary dismissal without prejudice accompanies this stipulated

motion.

//

//

//

1
STIPULATED MOTION TO DISMISS ACTION VOLUNTARILY
(2:19-cv-1494 RAJ)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550

1

DATED October 16, 2019.

2

BRENNAN LEGAL, PLLC

3

4

*/s/ Thomas M. Brennan*
Thomas M. Brennan, WSBA No. 30662

5

144 Railroad Ave. S., Suite 308
Edmonds, WA  98020

6

Phone: (425) 967-3550
Email: tom@brennanlegalpllc.com

7

*Attorney for Plaintiffs Janis Pederis Briedis, Jil*

8

*Peterson-Briedis, and Sambodha, Inc.*

9

DAVIS WRIGHT TREMAINE LLP

10

11

*/s/ Tim Cunningham*
Tim Cunningham, WSBA No. 50244

12

*/s/ Ambika K. Doran*

13

Ambika K. Doran, WSBA No. 38237
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1510

14

Phone: 206-757-8030
Email: timcunningham@dwt.com

15

Email: ambikadoran@dwt.com

16

*Attorneys for Defendant Be Scofield*

17

18

19

20

21

22

23

24

25

26

2

STIPULATED MOTION TO DISMISS ACTION VOLUNTARILY
(2:19-cv-1494 RAJ)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of the filing to all counsel of record.

DATED October 16, 2019.

/s/ Thomas M. Brennan
Thomas M. Brennan

3

STIPULATED MOTION TO DISMISS ACTION VOLUNTARILY
(2:19-cv-1494 RAJ)

**Brennan Legal, PLLC**
P.O. Box 1384
144 Railroad Ave. S., Ste. 308
Edmonds, WA  98020
(425) 967-3550